**E-FILED on 2/21/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BONELLA, ) | No. C 12-2869 RMW (PR) |
| ) | |
| Petitioner, ) | ORDER GRANTING MOTION TO |
| ) | ENLARGE TIME TO FILE |
| vs. ) | ANSWER |
| ) | |
| ) | |
| MICHAEL STAINER, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | (Doc. No. 8.) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court issued an order to show cause. (Doc. No. 6.) Respondent has filed a motion to enlarge the time in which to file an answer to the petition for writ of habeas corpus. (Doc. No. 8.) Good cause appearing, respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **no later than March 11, 2013.** If respondent files an answer, petitioner may file a traverse within thirty (30) days thereafter.

Should respondent file a dispositive motion in lieu of an answer, petitioner shall file his opposition within twenty-eight (28) days after the answer is filed. Respondent shall file a reply within fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: 2/21/13

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion to Enlarge to File an Answer
G:\PRO-SE\SJ.Rmw\HC.12\Bonella869eot-ans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BONELLA,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL STAINER et al,<br><br>          Defendant. | Case Number: CV12-02869 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bonella G-56013
California Correctional Institution
PO Box 608
Fac.D/Drm 6/Bnk-45 Low
Tehachapi, CA 93581-0608

Dated: February 21, 2013

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk