IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH BONELLA, | ) | No. C 12-2869 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL STAINER, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for a writ of habeas corpus as untimely. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC.12\Bonella869jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH BONELLA,

        Plaintiff,

  v.

MICHAEL STAINER et al,

        Defendant.

Case Number: CV12-02869 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bonella G-56013
California Correctional Institution
PO Box 608
Fac.D/Drm 6/Bnk-45 Low
Tehachapi, CA 93581-0608

Dated: February 21, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk